UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SEIWERT, PHILLIP EDWARD | ) | Case No. 09-10577 |
| SEIWERT, SUSAN MARIE | ) | |
| | ) | Hon. Calendar D |

### APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE Calendar D
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on March 27, 2009. On July 17, 2009, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $1,620.00, in compensation for 4.00 hours of services performed for the period July 14, 2009 through present and reimbursement of actual expenses in the amount of $34.02.

3. A description of the nature of the services rendered by the Applicant is as follows:

PROFESSIONAL EMPLOYMENT

Cohen and Krol prepared and presented Trustee's application to employ attorneys for the Trustee as is required by the Bankruptcy Code. Cohen and Krol expended 1.6 hours in the activity of Professional Employment.

SALE OF ASSETS

Cohen and Krol prepared and presented the Trustee's application for authority to accept the Debtors' offer to buy the Estate's right, title and interest in the real property. Cohen and Krol prepared a notice of this application to all creditors. Cohen and Krol expended 2.4 hours in the activity of Sale of Assets.

**EXHIBIT G**

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK2009 | 4 | $405.00 | $1,620.00 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,620.00 and reimbursement of actual and necessary expenses of $34.02 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: February 2, 2012                    /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**