# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
SEIWERT, PHILLIP EDWARD § Case No. 09-10577
SEIWERT, SUSAN MARIE §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____     By:/s/GINA B. KROL_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase N54 W 13600 Woodale Dr Mennomonee, WI 53051 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag Attention: Bankruptcy Department MAC-X 3476 Stateview Blvd Fort Mill, SC 29715 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN AND KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN AND KROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac/fleet-bkcard 200 Tournament Dr Horsham, PA 19044 | | | | | |
| | Bally Total Fitness 12440 E Imperial Hwy #30 Norwalk, CA 90650 | | | | | |
| | Blazer Fin 100 E Roosevelt Rd Maywood, IL 60153 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Catherine/tape Report 1103 Allen Dr Milford, OH 45150 | | | | | |
| | Catherine/tape Report 1103 Allen Dr Milford, OH 45150 | | | | | |
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Chase Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Na Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | | | | |
| | Citi Mortgage Inc Attention: Bankruptcy Department Po Box 79022, Ms322 St. Louis, MO 63179 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. 12234 North Ih 35 Austin, TX 78753 | | | | | |
| | First Usa Bank 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | First Usa Po Box 71 Phoenix, AZ 85001 | | | | | |
| | Ford Motor Credit Corporation National Bankruptcy Center Po Box 537901 Livonia, MI 48153 | | | | | |
| | GEMB / Walmart Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/harlm Pob 15521 Wilmington, DE 19805 | | | | | |
| | Lane Bryant Po Box 182125 Columbus, OH 43218 | | | | | |
| | Nbgl Carsons | | | | | |
| | Sallie Mae Attn: Claims Dept Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Attn: Claims Dept Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Attn: Claims Dept Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Attn: Claims Dept Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| | Von Maur Attn: Credit Dept 6565 Brady Davenport, IA 52806 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | WFNNB/lerner Po Box 182273 Columbus, OH 43218 |  |  |  |  |  |
|  | Washington Mutual Home 324 W Evans St Florence, SC 29501 |  |  |  |  |  |
|  | Wffinancial 316 W Army Trail Rd Ste Bloomingdale, IL 60108 |  |  |  |  |  |
|  | Wfnnb/new York & Compa 220 W Schrock Rd Westerville, OH 43081 |  |  |  |  |  |
|  | Wfnnb/the Avenue Po Box 2974 Shawnee Mission, KS 66201 |  |  |  |  |  |
|  | Wfnnb/tsa Po Box 182273 Columbus, OH 43218 |  |  |  |  |  |
| 000004 | CHASE BANK USA |  |  |  |  |  |
| 000007 | CHASE BANK USA NA |  |  |  |  |  |
| 000008 | CHASE BANK USA NA |  |  |  |  |  |
| 000005 | CREDIT FIRST |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DISCOVER BANK | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000003 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 09-10577 Doc 47 Filed 06/11/12 Entered 06/11/12 16:11:59 Desc Main
Document Page 11 of 15

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-10577 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SEIWERT, PHILLIP EDWARD | Date Filed (f) or Converted (c): | 03/27/09 (f) |
| | SEIWERT, SUSAN MARIE | 341(a) Meeting Date: | 05/19/09 |
| For Period Ending: 05/16/12 | | Claims Bar Date: | 09/11/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate | 146,000.00 | 0.00 | | 20,000.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. RETIREMENT | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Automobile | 600.00 | 0.00 | | 0.00 | FA |
| 9. Automobile | 2,375.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 10.84 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $154,225.00  $0.00  $20,010.84  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold right, title and interest in r/e back to debtors

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 05/31/12

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

LFORM1

Ver: 16.06b

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-10577 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SEIWERT, PHILLIP EDWARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | SEIWERT, SUSAN MARIE | | Account Number / CD #: | *******9899 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4955 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/09 | 1 | Philip & Susan Siewart | | 1110-000 | 20,000.00 | | 20,000.00 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 20,000.08 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 20,000.57 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,001.07 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,001.57 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,002.08 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,002.59 |
| 02/09/10 | 000301 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 14.85 | 19,987.74 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 19,988.20 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,988.71 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,989.20 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,989.70 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,990.20 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,990.70 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 19,991.22 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,991.71 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,992.22 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,992.72 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,993.23 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,993.74 |
| 02/07/11 | 000302 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 16.96 | 19,976.78 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,976.93 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,977.10 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,977.26 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 19,977.44 |

Page Subtotals 20,009.25 31.81

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.06b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 09-10577 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SEIWERT, PHILLIP EDWARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | SEIWERT, SUSAN MARIE | | Account Number / CD #: | *******9899  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4955 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,977.60 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,977.77 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,977.94 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,978.10 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,978.27 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.45 | 19,952.82 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,952.98 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.60 | 19,928.38 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,928.54 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.57 | 19,903.97 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,904.14 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.10 | 19,878.04 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,878.20 |
| 03/22/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 19,878.31 |
| 03/22/12 | | Transfer to Acct #*******4292 | Final Posting Transfer | 9999-000 | | 19,878.31 | 0.00 |

|  | COLUMN TOTALS | 20,010.84 | 20,010.84 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less:  Bank Transfers/CD's | 0.00 | 19,878.31 | |
|  | Subtotal | 20,010.84 | 132.53 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 20,010.84 | 132.53 | |

Page Subtotals  1.59    19,979.03

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 16.06b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 09-10577 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | SEIWERT, PHILLIP EDWARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | SEIWERT, SUSAN MARIE | | Account Number / CD #: | *******4292  BofA - Checking Account |
| Taxpayer ID No: | *******4955 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/12 | | Transfer from Acct #*******9899 | Transfer In From MMA Account | 9999-000 | 19,878.31 | | 19,878.31 |
| 03/23/12 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,751.06 | 17,127.25 |
| 03/23/12 | 003002 | Cohen and Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 1,080.00 | 16,047.25 |
| 03/23/12 | 003003 | Cohen and Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Expenes per Court Order | 3120-000 | | 27.72 | 16,019.53 |
| 03/23/12 | 003004 | Gina B. Krol | Attorney for Trustee Fees (Trustee | 3110-000 | | 540.00 | 15,479.53 |
| 03/23/12 | 003005 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 17.14038% | 7100-900 | | 2,750.77 | 12,728.76 |
| 03/23/12 | 003006 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000002, Payment 17.14035% | 7100-900 | | 2,229.20 | 10,499.56 |
| 03/23/12 | 003007 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000003, Payment 17.14041% | 7100-900 | | 1,797.04 | 8,702.52 |
| 03/23/12 | 003008 | CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Claim 000004, Payment 17.14041% | 7100-900 | | 924.24 | 7,778.28 |
| 03/23/12 | 003009 | Credit First<br>Po Box 818011<br>Cleveland, OH 44181 | Claim 000005, Payment 17.14022% | 7100-900 | | 261.93 | 7,516.35 |

Page Subtotals        19,878.31        12,361.96

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 16.06b

LFORM24

FORM 2 Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-10577 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SEIWERT, PHILLIP EDWARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | SEIWERT, SUSAN MARIE | | Account Number / CD #: | *******4292 BofA - Checking Account |
| Taxpayer ID No: | *******4955 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/23/12 | 003010 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000006, Payment 17.14035% | 7100-900 | | 3,364.74 | 4,151.61 |
| 03/23/12 | 003011 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 17.14040% | 7100-900 | | 1,792.08 | 2,359.53 |
| 03/23/12 | 003012 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 17.14040% | 7100-900 | | 2,359.53 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 19,878.31 | 19,878.31 | 0.00 |
| Less: Bank Transfers/CD's | 19,878.31 | 0.00 | |
| Subtotal | 0.00 | 19,878.31 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 19,878.31 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********9899 | 20,010.84 | 132.53 | 0.00 |
| BofA - Checking Account - ********4292 | 0.00 | 19,878.31 | 0.00 |
| | 20,010.84 | 20,010.84 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 05/16/12

GINA B. KROL

Page Subtotals 0.00 7,516.35

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 16.06b

LFORM24